AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the          District of     Massachusetts

Boston Division

Charles A. Swanson Jr.

V.

National Railroad Passenger Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 04 - 10977 JLT

TO: (Name and address of Defendant)

National Railroad Passenger Corporation
253 Summer Street
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Joyce III
HANNON & JOYCE
The Public Ledger Bldg. Ste. 1000
150 S. Independence Mall West
Philadelphia, PA 19106

Michael J. McDevitt, Local Counsel
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Suite 345
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

5-17-04

DATE

(By) DEPUTY CLERK