UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES SWANSON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-10977-JGD |
| | ) | |
| NATIONAL RAILROAD | ) | |
| PASSENGER CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

## **SCHEDULING ORDER**

After a scheduling conference held today pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1, the Court adopts the deadlines set forth in the parties' "Proposed Joint Scheduling Plan Pursuant to Rule 16(b) and 26(f)" (Docket #7) and ORDERS as follows:

1. As agreed, the following pretrial schedule shall be entered:

    (a) All additional parties shall be joined by **October 13, 2004.**

    (b) Amendment of pleadings shall be completed by **October 13, 2004.**

    (c) The parties shall exchange initial disclosures by **December 15, 2004.**

    (d) All fact discovery shall be completed by **March 31, 2005.**

    (e) All experts who may be witnesses for the Plaintiff shall be designated no later than **January 31, 2005.**

    (f) All experts who may be witnesses for the Defendant shall be designated no later than **February 28, 2005.**

    (g) All expert discovery shall be completed by **March 31, 2005.**

    (h)    All motions for summary judgment shall be filed by **April 15, 2005.**

2. The next status conference is scheduled for **Monday, January 31, 2005, at 10:00 A.M.** At that time, the parties shall be prepared to discuss:

    (a) The status of the case.

    (b) Scheduling for the remainder of the case through trial.

    (c) The use of alternative dispute resolution ("ADR") programs.

3. The parties shall submit a brief joint statement **no later than five (5) business days before the conference** addressing the issues itemized in paragraph two (2) above. With respect to issue (c) regarding the use of ADR, the parties shall indicate whether or not they have agreed to use ADR, but are not obligated to identify their respective positions.

                                                           / s / Judith Gail Dein
                                                          Judith Gail Dein
DATED: October 18, 2004                    United States Magistrate Judge