UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES SWANSON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-10977-JGD |
| | ) | |
| NATIONAL RAILROAD | ) | |
| PASSENGER CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

## **SCHEDULING ORDER**

After a status conference held today in accordance with Fed. R. Civ. P. 16(a), the Court adopts the deadlines set forth in the parties' "Proposed Joint Statement" (Docket #9) and ORDERS as follows:

1. Defendant shall answer Plaintiff's interrogatories and respond to Plaintiff's First Request for Production of Documents by **February 15, 2005.**

2. Defendant's experts shall be designated no later than **February 28, 2005.**

3. All fact and expert discovery shall be completed by **May 31, 2005.**

4. Motions for summary judgment shall be filed by **July 15, 2005.**

5. The next status conference is scheduled for **Monday, May 16, 2005, at 10:00 A.M.**  At that time, the parties shall be prepared to discuss:

    (a) The status of the case.
    (b) Scheduling for the remainder of the case through trial, including the setting of a trial date.
    (c) The use of alternative dispute resolution ("ADR") programs.

6. The parties shall submit a brief joint statement **no later than five (5) business days before the conference** addressing the issues itemized in paragraph two (2) above.  With respect to issue (c) regarding the use of ADR, the parties shall indicate whether or not they have agreed to use ADR, but are not obligated to identify their respective positions.

        / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: January 31, 2005