IN THE UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES SWANSON ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| v. ) | Civil Action No.: 04-10977-JGD |
| ) | |
| ) | |
| NATIONAL RAILROAD ) | |
| PASSENGER CORPORATION ) | |
| Defendant ) | |

## PLAINTIFF'S ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

Now comes the Plaintiff in the above-captioned action, and hereby respectfully requests this Court to continue for an additional thirty (30) days or whatever time is consistent with this Court's calendar the Status Conference scheduled for Monday, May 16 2005, 10:00 A.M.

Reasons for this Motion are as follows:

1. Parties are actively involved in the process of settlement;

2. and Defendant's counsel has assented to this motion.

WHEREFORE, the Plaintiff respectfully requests an additional thirty (30) days continuance.

Assented to:

| | |
|---|---|
| The Plaintiff, | The Defendant, |
| By his Attorneys | By their Attorneys |

/s/ Thomas J. Joyce, III
THOMAS J. JOYCE, III, ESQUIRE
Public Ledger Building
150 S. Independence Mall West
Suite 1000
Philadelphia, PA 19106
(215) 446-4460

/s/ Michael J. McDevitt
MICHAEL J. McDEVITT, ESQUIRE
Lawson & Weitzen, LLP,
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

/s/ Paul J. Sahovey
PAUL J. SAHOVEY, ESQUIRE
MBTA Law Department
Ten Park Plaza
Boston, MA 02116
(617) 222-3189

Date: May 13, 2005