# IN THE UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES SWANSON )<br>Plaintiff )<br> )<br> )<br>v. )<br> )<br> )<br>NATIONAL RAILROAD )<br>PASSENGER CORPORATION )<br>Defendant ) | Civil Action No.: 04-10977-JGD |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

Now come the Parties in the above-captioned action, and hereby respectfully requests this Court to continue the Status Conference in this matter for an additional thirty (30) days, or whatever time is consistent with this Court's calendar. The Status Conference is presently scheduled for Monday, June 13, 2005, 10:15 A.M.

Reasons for this Motion are as follows:

1. The parties are close to achieving a settlement and respectfully request an additional 30 days to finalize an agreeable resolution;

WHEREFORE, the Parties respectfully request an additional thirty (30) days continuance.

Respectfully submitted by:

| | |
|---|---|
| The Plaintiff, | The Defendant, |
| By his Attorneys | By its Attorney |
| | |
| /s/ Thomas J. Joyce, III | /s/ Paul J. Sahovey |
| THOMAS J. JOYCE, III, ESQUIRE | PAUL J. SAHOVEY, ESQUIRE |
| Public Ledger Building | MBTA Law Department |
| 150 S. Independence Mall West | Ten Park Plaza |
| Suite 1000 | Boston, MA 02116 |
| Philadelphia, PA 19106 | (617) 222-3189 |
| (215) 446-4460 | |
| | |
| /s/ Michael J. McDevitt | |
| MICHAEL J. McDEVITT, ESQUIRE | |
| Lawson & Weitzen, LLP, | |
| 88 Black Falcon Avenue, Suite 345 | |
| Boston, MA 02210 | |
| (617) 439-4990 | |

Date: June 10, 2005