UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                **Civil Action**
                                                **No: 04-10977-WGY**

**CHARLES A. SWANSON**

Plaintiff

v.

**NATIONAL RAILROAD PASSENGER CORP.**
**Defendant**

### SETTLEMENT ORDER OF DISMISSAL

**YOUNG, C.J.**

      The Court having been advised on JULY 18, 2005 that the above-entitled action has been settled:
      IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                    By the Court,

                                                    /s/ Elizabeth Smith

                                                    **Deputy Clerk**

**July 18, 2005**

**To: All Counsel**