UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 04-10977 WGY

CHARLES A. SWANSON, JR.,
   Plaintiff

vs.

NATIONAL RAILROAD
PASSENGER CORPORATION,
   Defendant

**STIPULATION OF DISMISSAL**

Now come the parties to the above-captioned action and, pursuant to Rule 41(a)(1)(ii) of the Massachusetts Rules of Civil Procedure, hereby stipulate that all claims, including cross-claims and counterclaims, in this action, be dismissed with prejudice.

Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION
By its attorney,

Paul J. Sahovey, Esq.
Assistant General Counsel
Transportation Building
Ten Park Plaza
Boston, MA 02116
BBO #437900

Plaintiff
CHARLES A. SWANSON, JR.

By his attorney,

Thomas J. Joyce, III, Esq.
Hannon & Joyce
Public Ledger Building
Suite 1000
150 South Independence Mall West
Philadelphia, Pennsylvania 19106

and

Michael J. McDevitt, Esq.
Lawson & Weitzen
88 Black Falcon Avenue, Suite 345
Boston, MA 02210